# EXHIBIT 1

**Registration Number**

**VA 2-489-608**

**Effective Date of Registration:**
January 14, 2026
**Registration Decision Date:**
March 16, 2026

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** December 15, 2023 to December 15, 2023

## Title

**Title of Group:** 669 Card Cases with Locating Devices
**Number of Photographs in Group:** 5

## Completion/Publication

**Year of Completion:** 2023
**Earliest Publication Date in Group:** December 15, 2023
**Latest Publication Date in Group:** December 15, 2023
**Nation of First Publication:** United States

## Author

- **Author:** Guangzhou Kuaiyue Electronic Commerce Co., Ltd.
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** Guangzhou Kuaiyue Electronic Commerce Co., Ltd.
F6, Bldg.8, Zhenxing Watermelon 2nd St., Zhenxing Village, Shiling Town, Huadu Dist., Guangzhou, 510800, China

## Certification

| | |
|---:|:---|
| **Name:** | Li, Jianhao |
| **Date**: | January 14, 2026 |
| **Applicant's Tracking Number**: | XB2026010013 |

---

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.