# EXHIBIT 5

Screenshots of Plaintiff's authorized Amazon product listing
displaying the Copyrighted Photographs covered by
U.S. Copyright Registration No. VA 2-489-608
(www.amazon.com — five (5) SKUs of the miyozi card-case product line)

*Note: Portions of the screenshots have been redacted to protect the
personally-identifying information of Plaintiff's counsel
(name, account name, and street-level address). Plaintiff's
delivery address is reflected as "Chicago 60608" to demonstrate
U.S. delivery availability.*

**Plaintiff's Amazon Listing — ASIN B0CLJ1SQLL (Burgundy004) — captured May 1, 2026**

 **Deliver to** Chicago 60608 | All ▾ | Search Amazon 🔍 | 🇺🇸 EN ▾ | **Account & Lists** ▾ | **Returns & Orders** | 🛒 **0 Cart**

☰ **All** | 🔴 **Rufus** | **Join Prime** | Health AI | Same-Day Delivery | Amazon Haul | Medical Care ▾ | Amazon Basics | Kindle Books | Best Sellers

**Amazon Fashion** | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | Amazon Luxury

Clothing, Shoes & Jewelry › Men › Accessories › Wallets, Card Cases & Money Organizers › Wallets



Visit the miyozi Store

# miyozi Airtag Wallet for Men,with Money Clip 10 Cards Metal Case Smart Slim Pop Up Credit Card Holder Flip with Magnetic Closure RFID Blocking wallet with Gift Box

4.5 ★★★★☆ ▾ (2,819) | **Search this page**

**1K+ bought** in past month

**-25%** $**29**⁹⁹ **Price history**

List Price: $39.99 ⓘ

**FREE Returns** ⌄

Color: **Burgundy004**

  

| $29.99 $39.99 | $36.99 | $29.9 $39.9 |

| $39.99 $43.95 | $39.99 $43.95 | $39.9 |

**prime**

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$**29**⁹⁹ Price history

FREE delivery **Wednesday, May 6** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Tomorrow 10 AM - 3 PM**. Join Prime

⊙ Deliver to ▮ - Chicago 60608

**In Stock**

Quantity: 1 ▾

**Add to cart**

**Buy Now**

Ships from   Amazon
Sold by      MIYOZI
Returns      FREE 30-day

✦ **Ask Rufus**

Can this wallet block RFID signals?

Does the magnetic closure keep the cards secure?

 Deliver to Chicago 60608   All ▾   Search Amazon    EN▾   Account & Lists ▾   Returns & Orders   0 Cart

☰ All   🔵 Rufus   Join Prime   **Health AI**   **Same-Day Delivery**   **Amazon Haul**   **Medical Care** ▾   **Amazon Basics**   **Kindle Books**   **Best Sellers**

**Amazon Fashion**   Women   Men   Kids   Luggage   Sales & Deals   New Arrivals   Amazon Brands   Amazon Luxury

Clothing, Shoes & Jewelry › Men › Accessories › Wallets, Card Cases & Money Organizers › Wallets



**Visit the miyozi Store**

# miyozi Airtag Wallet for Men,with Money Clip 10 Cards Metal Case Smart Slim Pop Up Credit Card Holder Flip with Magnetic Closure RFID Blocking wallet with Gift Box

4.5 ★★★★☆ ▾ (2,819)   |   Search this page

**400+ bought** in past month

**-25%** $**29**⁹⁹   Price history

List Price: $39.99 ⓘ

**FREE Returns** ▾

Color: **Carbon Black001**

 $29.99 $39.99     $39.99

 $39.99     $36.99

**prime**

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

**Join Prime**

$**29**⁹⁹   Price history

FREE delivery **Wednesday, May 6** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Tomorrow 10 AM - 3 PM**. Join Prime

Deliver to ▉ - Chicago 60608

**In Stock**

Quantity: 1 ▾

**Add to cart**

**Buy Now**

Ships from   Amazon
Sold by   MIYOZI
Returns   FREE 30-day refund/replacement
Payment   Secure transaction

🔵 **Ask Rufus**

Does it block RFID signals?   Can the money clip be removed?

Is this wallet made of leather?   Why you might like this

Compare with similar   Ask something else

    

Deliver to Chicago 60608 | All ▾ | Search Amazon | 🔍 | 🇺🇸 EN ▾ | Account & Lists | Returns & Orders | 🛒 0 Cart

 All |  Rufus | Join Prime | Health AI | Same-Day Delivery | Amazon Haul | Medical Care ▾ | Amazon Basics | Kindle Books | Best Sellers

**Amazon Fashion**  | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | Amazon Luxury

Clothing, Shoes & Jewelry › Men › Accessories › Wallets, Card Cases & Money Organizers › Wallets



**Visit the miyozi Store**

# miyozi Airtag Wallet for Men,with Money Clip 10 Cards Metal Case Smart Slim Pop Up Credit Card Holder Flip with Magnetic Closure RFID Blocking wallet with Gift Box

4.5 ★★★★☆ ▾ (2,819)  |  Search this page

**300+ bought** in past month

$36⁹⁹ Price history

**FREE Returns** ▾

**Color: Black002**

  

$29.99 ~~$39.99~~ | $36.99 | $29.9 ~~$39.9~~

  

$39.99 ~~$43.95~~ | $39.99 ~~$43.95~~ | $39.9

**prime**

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$36⁹⁹ Price history

FREE delivery **Wednesday, May 6**

Or Prime members get FREE delivery **Tomorrow 10 AM - 3 PM**. Join Prime

Deliver to ▮ - Chicago 60608

**In Stock**

Quantity: 1 ▾

**Add to cart**

**Buy Now**

Ships from | Amazon
Sold by | MIYOZI
Returns | FREE 30-day refund/replacement
Payment | Secure transaction

✦ Ask Rufus

( Does it block RFID signals? ) ( Can the money clip be removed? )

( Is this wallet made of leather? ) ( Why you might like this )

Compare with similar | Ask something else

**Plaintiff's Amazon Listing — ASIN B0DHSTPTZN (Black034) — captured May 1, 2026**

 
≡ All  🔵 Rufus  Join Prime  Health AI  Same-Day Delivery  Amazon Haul  Medical Care ▾  Amazon Basics  Kindle Books  Best Sellers

**Amazon Fashion**  Women  Men  Kids  Luggage  Sales & Deals  New Arrivals  Amazon Brands  Amazon Luxury

Clothing, Shoes & Jewelry › Men › Accessories › Wallets, Card Cases & Money Organizers › Wallets



**Visit the miyozi Store**

# miyozi Airtag Wallet for Men,with Money Clip 10 Cards Metal Case Smart Slim Pop Up Credit Card Holder Flip with Magnetic Closure RFID Blocking wallet with Gift Box

4.5 ★★★★⯨ ▾ (2,819) | **Search this page**

**50+ bought** in past month

**-9%** $**39**⁹⁹  **Price history**

List Price: $43.95 ⓘ

**FREE Returns** ▾

**Color: Black034**

  
$29.99 $39.99 | $36.99 | $29.9 $39.99

 
$39.99 $43.95 | $39.99 $43.95 | $39.9

**prime**

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$**39**⁹⁹  **Price history**

FREE delivery **Wednesday, May 6**

Or **Prime members** get FREE delivery **Tomorrow 10 AM - 3 PM. Join Prime**

📍 Deliver to ▮ - Chicago 60608

**In Stock**

Quantity: 1 ▾

**Add to cart**

**Buy Now**

Ships from **Amazon**
Sold by **MIYOZI**
Returns **FREE 30-day refund/replacement**
Payment **Secure transaction**

⚡ **Ask Rufus**

Does it block RFID signals?  Can the money clip be removed?

Is this wallet made of leather?  Why you might like this

Compare with similar  Ask something else

 All ▾ | Search Amazon  | 🇺🇸 En ▾ Account & Lists ▾ | Returns & Orders | 🛒 0 Cart

☰ All | 🔶 Rufus | Join Prime | **Health AI** | **Same-Day Delivery** | **Amazon Haul** | **Medical Care** ▾ | **Amazon Basics** | **Kindle Books** | **Best Sellers**

**Amazon Fashion** | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | Amazon Luxury

Clothing, Shoes & Jewelry › Men › Accessories › Wallets, Card Cases & Money Organizers › Wallets



### Ask Rufus

Does it block RFID signals? | Can the money clip be removed?

Is this wallet made of leather? | Why you might like this

Compare with similar | Ask something else

**Visit the miyozi Store**

# miyozi Airtag Wallet for Men,with Money Clip 10 Cards Metal Case Smart Slim Pop Up Credit Card Holder Flip with Magnetic Closure RFID Blocking wallet with Gift Box

4.5 ★★★★☆ ▾ (2,819) | **Search this page**

**100+ bought** in past month

**-9%** $**39**⁹⁹ **Price history**

List Price: $43.95 ⓘ

**FREE Returns** ▾

Color: **Brick Brown036**

  
$29.99 ~~$39.99~~ | $36.99 | $29.9 ~~$39.9~~

 
$39.99 ~~$43.95~~ | $39.99 ~~$43.95~~ | $39.9


**prime**

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$**39**⁹⁹ **Price history**

FREE delivery **Wednesday, May 6**

Or **Prime members** get FREE delivery **Tomorrow 10 AM - 3 PM**. **Join Prime**

⊙ Deliver to ▉ - Chicago 60608

**In Stock**

Quantity: 1 ▾

**Add to cart**

**Buy Now**

Ships from | Amazon
Sold by | MIYOZI
Returns | FREE 30-day refund/replacement
Payment | Secure transaction